AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| PAUL JOHN KORN | ) | Case No: | 3:96-CR-125(1) |
| | ) | USM No: | |
| Date of Original Judgment: July 21, 1997 | ) | | |
| Date of Previous Amended Judgment: | ) | Katherine Menendez | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  324  months **is reduced to**  262 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  July 21, 1997  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  February 5, 2015          s/ Michael J. Davis
                                                              *Judge's signature*

Effective Date:  November 1, 2015      Chief Judge Michael J. Davis
       *(if different from order date)*         *Printed name and title*